IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKPAC, | No. C06-06366 MJJ |
| Plaintiff, | **ORDER re: RESPONSE TO APPLICATION FOR A TRO** |
| v. | |
| THE CITY OF OAKLAND, | |
| Defendant. | |

Pending before the Court is Plaintiffs' Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction. To facilitate the Court's ruling on Plaintiffs' Application, the Court will allow Defendants to file Responses to Plaintiffs' Application by 5:00 p.m., on October 16, 2006. Plaintiffs shall serve a copy of this Order on each Defendant by 12:00 p.m., on October 13, 2006.

**IT IS SO ORDERED.**

Dated: October 12, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE