IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**     Courtroom Clerk: **Monica Tutson**

DATE: **October 19, 2006**     [**2:12 to 3:02 pm**]     Court reporter: **Juanita Gonzales**

Case Number:   **C06-06366MJJ**

Case Name:   **OAKPAC**     v.   **THE CITY OF OAKLAND**

COUNSEL FOR PLAINTIFF(S):     COUNSEL FOR DEFENDANT(S):
**Ion Meyn,**     **Mark Morodomi**
**James Sutton**
**Gabe Camarillo**

TYPE OF HEARING:   **Temporary Restraining Order**

MOTIONS PROCEEDINGS:     RULING:

ORDERED AFTER HEARING:
• **Matter submitted.  Court shall issue order.**

ORDER TO BE PREPARED BY:   Plntf ()  Deft ()  Joint ()  Court ()

Referred to Magistrate Judge     For:   **Settlement in** *
(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.)

CASE CONTINUED TO:     for

Pre-Trial Conference Date :     at 3:30 p.m.

Trial Date:   at 8:30 a.m.     Set for  days
            Type of Trial:  ()Jury     ( )Court

Notes: