POSTED

1  JAMES R. SUTTON, State Bar No. 135930
   ION B. MEYN, State Bar No. 212640
2  GABE CAMARILLO, State Bar No. 237683
   THE SUTTON LAW FIRM
3  150 Post Street, Suite 405
   San Francisco, California
4  Tel: (415) 732-7700
   Fax: (415) 732-7701
5

RECEIVED

06 OCT 11 PM 4:10

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing        E-filing

6  Attorneys for OakPAC, Oakland Metropolitan Chamber of Commerce; Oakland
   Metropolitan Chamber of Commerce Independent Expenditure Committee ("Oak-IE-
7  PAC"); Michael Colbruno; and Scott Peterson.

MJJ

8              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
9
   OAKPAC, OAKLAND                    )  Case No.  C 06  6366
10 METROPOLITAN CHAMBER OF           )
   COMMERCE, an unincorporated       )  [PROPOSED] ORDER TO SHOW
11 association, OAKLAND               )  CAUSE WHY A PRELIMINARY
   METROPOLITAN CHAMBER OF           )  INJUNCTION SHOULD NOT ISSUE
12 COMMERCE INDEPENDENT              )
   EXPENDITURE COMMITTEE ("OAK-      )
13 IE-PAC"), an unincorporated association; )
   MICHAEL COLBRUNO, an individual;  )
14 and SCOTT B. PETERSON, an         )
   individual;                       )
15                                    )

FILED

OCT 24 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

16              Plaintiffs,           )
                                     )
17         v.                        )
                                     )
18 THE CITY OF OAKLAND; THE CITY    )
   OF OAKLAND PUBLIC ETHICS         )
19 COMMISSION; DOES 1               )
   through 10.                       )
20                                    )
                Defendants.          )
21 _____)

22
        The application of Plaintiffs OakPAC, Oakland Metropolitan Chamber of
23
   Commerce ("OakPAC"), Oakland Metropolitan Chamber of Commerce Independent
24
   Expenditure Committee ("Oak-IE-PAC"), Michael Colbruno, and Scott Peterson for
25
   Temporary Restraining Order and Order to Show Cause regarding Preliminary Injunction,
26
   pursuant to Federal Rule of Civil Procedure 65(b) and Local Rule 65, after notice to
27
   Defendants, was duly considered by this Court.  After considering the application, and all
28

1

[PROPOSED] ORDER TO SHOW CAUSE

1   other matters presented to the Court, and good cause appearing therefor, the Court

2   concludes that Plaintiff's application for an Order to Show Cause Why A Preliminary

3   Injunction Should Not Issue should be GRANTED.

4       The "Show Cause" Preliminary Injunction hearing will be held on _11/1/06_,

5   2006, at _2 pm_, in Courtroom _11_ .

6       Defendants' responsive brief, if any, shall be filed and served electronically on or

7   before _10/27_, 2006. ①

8       Plaintiffs' reply brief, if any, shall be filed and served electronically on or before

9   _10/30_, 2006. ②

10

11  IT IS SO ORDERED.

12
    Dated: _10/24/06_

13                          Federal District Court Judge

14

15

16

17  ① Defendants shall file their brief by 5:00 p.m.

18  ② Plaintiffs shall file their Reply by 5:00 p.m.

19

20

21

22

23

24

25

26

27

28

2