JAMES R. SUTTON, State Bar No. 135930
ION B. MEYN, State Bar No. 212640
GABE CAMARILLO, State Bar No. 237683
THE SUTTON LAW FIRM
150 Post Street, Suite 405
San Francisco, California
Tel:  (415) 732-7700
Fax: (415) 732-7701

Attorneys for OakPAC, Oakland Metropolitan Chamber of Commerce; Oakland Metropolitan Chamber of Commerce Independent Expenditure Committee ("Oak-IE-PAC"); Michael Colbruno; and Scott Peterson.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKPAC, OAKLAND METROPOLITAN CHAMBER OF COMMERCE, an unincorporated association, OAKLAND METROPOLITAN CHAMBER OF COMMERCE INDEPENDENT EXPENDITURE COMMITTEE ("OAK-IE-PAC"), an unincorporated association; MICHAEL COLBRUNO, an individual; and SCOTT B. PETERSON, an individual;<br><br>        Plaintiffs,<br><br>    v.<br><br>THE CITY OF OAKLAND; THE CITY OF OAKLAND PUBLIC ETHICS COMMISSION; DOES 1 through 10.<br><br>        Defendants. | Case No. C 06-6366 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER** |

## STIPULATION

Having conferred with the Court regarding the effect of the Court's October 19, 2006 Temporary Restraining Order, all parties in the above entitled case wish to expedite the resolution of this case and reach a decision on the merits regarding the constitutionality of Oakland Municipal Code ("OMC") sections 3.12.050(C-E) and 3.12.060(C-E) in a manner that avoids duplicative proceedings and the unnecessary use of

1

STIPULATION AND [PROPOSED] ORDER

judicial resources. One constraint to this effort is the schedule of the Oakland City Council, which can not meet in closed session until December 5 to determine whether Defendants would informally agree to a preliminary injunction pending the final outcome of this case.

To this end, Plaintiffs OakPAC, Oakland Metropolitan Chamber of Commerce, Oakland Metropolitan Chamber of Commerce Independent Expenditure Committee, Michael Colbruno, and Scott Peterson, on the one hand, and Defendants City of Oakland and the City of Oakland Public Ethics Commission, on the other hand, by and through their respective counsel, hereby stipulate, pursuant to Federal Rule of Civil Procedure 65(b), to extend the Court's October 19, 2006 Temporary Restraining Order's expiration date from November 2 to December 12. After conferring with the Court, the parties consent to a status conference on Tuesday, December 12, at a time convenient to the Court, in order to determine a briefing schedule for a dispositive hearing on the merits.

SO STIPULATED.

Dated: October 30, 2006    By:    _____/s/_____
                                  GABE CAMARILLO
                                  The Sutton Law Firm, P.C.
                                  Attorneys for Plaintiffs


Dated: October 30, 2006    By:    _____
                                  JOHN A. RUSSO, City Attorney
                                  MARK T. MORODOMI, Supervising Deputy City Attorney
                                  Attorneys for Defendants

2
STIPULATION AND [░░░░░░░░] ORDER

**ORDER**

The parties having so stipulated, and for good cause showing, IT IS ORDERED that the expiration date of the October 19 Temporary Restraining Order shall be extended from November 2 to December 12.  The Court hereby orders all parties to appear at a status conference for Tuesday, December 12, at _2:00_ ■m/pm, in which parties will agree to a briefing schedule on a dispositive hearing on the merits. *

Dated: __October 31__, 2006                 _____/s/ Martin J. Jenkins_____
                                             Federal District Judge

*Accordingly,
The Preliminary Injuction hearing set for November 1, 2006, is VACATED.

STIPULATION AND [        ] ORDER

3