JOHN A. RUSSO - State Bar #129729
BARBARA J. PARKER Assistant City Attorney- State Bar #069722
MARK T. MORODOMI, Deputy City Attorney- State Bar #120914
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6101    Fax: (510) 238-6500
Email: mmorodomi@oaklandcityattorney.org
X02940/392064

Attorneys for
CITY OF OAKLAND and CITY OF OAKLAND
PUBLIC ETHICS COMMISSION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKPAC, OAKLAND METROPOLITAN CHAMBER OF COMMERCE, an unincorporated association, OAKLAND METROPOLITAN CHAMBER OF COMMERCE INDEPENDENT EXPENDITURE COMMITTEE ("OAK-IE-PAC"), an unincorporated association; MICHAEL COLBRUNO, an individual; and SCOTT B. PETERSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF OAKLAND; THE CITY OF OAKLAND PUBLIC ETHICS COMMISSION; DOES 1 TO 10,<br><br>Defendants. | Case No. CV 06-06366MJJ<br><br>**STIPULATED STAY ORDER**<br><br>GRANTED |

## STIPULATION

Plaintiffs OakPAC, Oakland Metropolitan Chamber of Commerce, Oakland Metropolitan Chamber of Commerce Independent Expenditure Committee, Michael Colbruno, and Scott Peterson, on the one hand, and Defendants City of Oakland ("City") and the City of Oakland Public Ethics Commission ("Commission"), on the other hand, by and through their respective counsel, hereby stipulate to the following stay order.

-1-

**SO STIPULATED**

Dated: December 12, 2006           By: _____/s/_____
                                        Gabe Camarillo
                                        The Sutton Law Firm, P.C.
                                        Attorneys for Plaintiffs

Dated: December 12, 2006           By: _____/s/_____
                                        Mark T. Morodomi, Supervising Deputy City Attorney
                                        Attorney for Defendants

-2-

STIPULATED STAY ORDER                                                    CV 06-06366MJJ

**ORDER**

1. The Court takes judicial notice of the appeal in *San Jose Silicon Valley Chamber of Commerce Political Action Committee, COMPAC ISSUES FUND v. The City of San Jose; San Jose Elections Commission*, District Court Number: CV-06-04252-JW, USCA Docket #06-17001.

2. All proceedings in this action are hereby stayed.

3. The Case Management Conference currently set for January 23, 2007, is continued until the lifting of this stay.

4. The Court shall schedule a status conference on July  24 , 2007 at 2:00 P.M., to determine further proceedings in this case, including lifting of the stay.

5. Pursuant to an agreement of the parties, commencing December 13, 2006, and during the pendency of this stay, Defendants the City and the Commission together with their officers, agents, servants, employees, attorneys, and those persons in active concert or participating with them shall not enforce Oakland Municipal Code sections 3.12.050 (C-E) and 3.12.060 (C-E).

**IT IS SO ORDERED.**

Dated:  12/18/2006           By:  _____
                                  Martin J. Jenkins
                                  United States District Judge