JOHN A. RUSSO - State Bar #129729
BARBARA J. PARKER Assistant City Attorney- State Bar #069722
MARK T. MORODOMI, Deputy City Attorney- State Bar #120914
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6101        Fax: (510) 238-6500
Email: mmorodomi@oaklandcityattorney.org
X02940/412782

Attorneys for
CITY OF OAKLAND and CITY OF OAKLAND
PUBLIC ETHICS COMMISSION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKPAC, OAKLAND METROPOLITAN CHAMBER OF COMMERCE, an unincorporated association, OAKLAND METROPOLITAN CHAMBER OF COMMERCE INDEPENDENT EXPENDITURE COMMITTEE ("OAK-IE-PAC"), an unincorporated association; MICHAEL COLBRUNO, an individual; and SCOTT B. PETERSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF OAKLAND; THE CITY OF OAKLAND PUBLIC ETHICS COMMISSION; DOES 1 TO 10,<br><br>Defendants. | Case No. CV 06-06366MJJ<br><br>**STIPULATED STAY ORDER** |

## STIPULATION

Plaintiffs OakPAC, Oakland Metropolitan Chamber of Commerce, Oakland Metropolitan Chamber of Commerce Independent Expenditure Committee, Michael Colbruno, and Scott Peterson, on the one hand, and Defendants City of Oakland ("City") and the City of Oakland Public Ethics Commission ("Commission"), on the other hand, by and through their respective counsel, hereby stipulate to the following stay order.

-1-

-2-

**SO STIPULATED**

Dated: July 25, 2007          By: _____/s/_____
                                   Gabe Camarillo
                                   The Sutton Law Firm, P.C.
                                   Attorneys for Plaintiffs

Dated: July 25, 2007          By: _____/s/_____
                                   Mark T. Morodomi, Supervising Deputy City Attorney
                                   Attorney for Defendants

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# ORDER

1. The Court takes judicial notice of the appeal in *San Jose Silicon Valley Chamber of Commerce Political Action Committee, COMPAC ISSUES FUND v. The City of San Jose; San Jose Elections Commission*, District Court Number: CV-06-04252-JW, USCA Docket #06-17001.

2. The stay of all proceedings under the Order dated December 18, 2006, shall be extended.

3. The parties shall appear at a status conference on December 11, 2007 at 2:00 p.m., to determine further proceedings in this case, including lifting of the stay.

4. Pursuant to an agreement of the parties, during the pendency of this stay pending further order by the Court, Defendants the City and the Commission together with their officers, agents, servants, employees, attorneys, and those persons in active concert or participating with them shall not enforce Oakland Municipal Code sections 3.12.050 (C-E) and 3.12.060 (C-E).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __7/26/2007__        By: ___[signature]___
                                                    Martin J. Jenkins
                                                    United States District Judge