**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKPAC, OAKLAND METROPOLITAN CHAMBER OF COMMERCE, an unincorporated association, OAKLAND METROPOLITAN CHAMBER OF COMMERCE INDEPENDENT EXPENDITURE COMMITTEE ("OAK-IE-PAC"), an unincorporated association, MICHAEL COLBRUNO, an individual, and SCOTT B. PETERSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF OAKLAND, THE CITY OF OAKLAND PUBLIC ETHICS COMMISSION, and DOES 1 through 10,<br><br>Defendants.<br>_____/ | No. C 06-06366 WHA<br><br>**ORDER RE BRIEFING SCHEDULE** |

The opening briefs for the cross-motions for summary judgment were due March 5, 2009. That day, the parties filed a notice of settlement. For final signature of the settlement to occur, however, the Oakland City Counsel must enact a resolution approving it. The earliest meeting at which that can occur is March 17. Therefore, the deadline for the opening briefs is hereby rescheduled for **MARCH 26, 2009**. The motions, if needed, shall be noticed and briefed pursuant to Civil Local Rule 7-3.

**IT IS SO ORDERED.**

Dated: March 6, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE